The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK LEZAMA,<br><br>Defendant. | NO. CR22-122-JCC-2<br><br>[~~PROPOSED~~]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the parties' Stipulated Motion (**Dkt. 255**) for an Order of Forfeiture (the "Motion"), seeking to forfeit, to the United States, Defendant Mark Lezama's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $176,040, reflecting proceeds that Defendant personally obtained from his commission of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1349 (Count 1).

The Court, having reviewed the parties' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Lezama,* CR22-122-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1349, are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);
- In his Plea Agreement, Defendant agreed to forfeit his interest in any and all property, real or personal, that constitutes or is derived from proceeds traceable to *Conspiracy to Commit Wire Fraud* (Count 1), pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), including but not limited to Defendant's interest in a sum of money in the amount of the proceeds Defendant obtained as a result of this offense (Dkt. No. 69 ¶ 15);
- The parties stipulate and agree that Defendant personally obtained $176,040 in proceeds from his commission of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1349 (Count 1), and for this reason, the Court should impose a forfeiture money judgment in this amount;
- The forfeiture of this sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), and no third-party ancillary process is required before forfeiting it; and
- The forfeiture money judgment in the amount of $176,040 is separate and distinct from any restitution that is ordered in this case.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), by way of 28 U.S.C. § 2641(c), Defendant's interest in a sum of money in the amount of $176,040 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order of Forfeiture (the "Order") will become final as to Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

Order of Forfeiture - 2
*United States v. Lezama,* CR22-122-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. No right, title, or interest in the above-identified sum of money in the amount of $176,040 exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $176,040;

5. The Court will retain jurisdiction in this case for the purpose of amending or enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 7th day of October, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

//

//

Order of Forfeiture - 3
*United States v. Lezama,* CR22-122-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Colleen Fitzharris*
COLLEEN FITZHARRIS
SARA BRIN
Federal Public Defender's Office
1601 5th Avenue, Ste. 700
Seattle, WA  98101
Phone: 206-553-1100
Fax: 206-553-0120
Colleen_Fitzharris@fd.org
Sara_Brin@fd.org

Order of Forfeiture - 4
*United States v. Lezama,* CR22-122-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970