The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EDWIN JOSUE "JOSH" HERRERA ROSALES,<br>Defendant, | NO. CR21-001JCC<br><br>**RESTITUTION ORDER AS TO MARK LEZAMA AND EDWIN HERRERA**<br>[~~Proposed~~] |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MARK ALFREDO LEZAMA<br>Defendant. | NO. CR22-0122JCC<br><br>**RESTITUTION ORDER AS TO MARK LEZAMA AND EDWIN HERRERA**<br>[~~Proposed~~] |

The matter came before the Court on the Agreed Motion for Entry of Restitution Order as to defendants Mark Lezama and Edwin Josue "Josh" Herrera Rosales (**CR21-0001-JCC, Dkt. No. 57; CR22-0122-JCC, Dkt. No. 303**). The motion is GRANTED. The Court finds that restitution should be ordered against Mark Lezama and Josh Herrera in the amount of $2,151,338.04 based on the agreement of the parties and for the reasons stated in the government's Motion for Restitution Order and Declaration of Jared Young. (CR22-0122-JCC, Dkt. Nos. 299, 300; CR21-0001-JCC, Dkt. Nos. 53, 54.)

//

*United States v. Lezama* CR22-122JCC
*United States v. Herrera* CR21-001JCC
[~~Proposed~~] Restitution Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties are directed to submit an agreed Amended Judgment consistent with this Order with respect to each defendant.


DATED February 25, 2026.

_(signature)_

_____
JOHN C. COUGHENOUR
United States District Judge


Presented by:

_s/ Seth Wilkinson_
SETH WILKINSON
Assistant United States Attorney

_United States v. Lezama_  CR22-122JCC
_United States v. Herrera_ CR21-001JCC
[Proposed] Restitution Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970