THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.CR22-122-JCC-2 |
| Plaintiff, | ) | |
| | ) | (~~PROPOSED~~) ORDER TO EXTEND |
| v. | ) | SELF-SURRENDER DATE |
| | ) | |
| MARK A. LEZAMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS COURT has reviewed Mark Lezama's motion **Dkt 313** to extend his self-surrender date along with the records in this case.

IT IS ORDERED that the date by which Mr. Lezama is to report to the Bureau of Prisons is extended to a date no earlier than June 15, 2026.

DATED this 1st day of April 2026.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Mark A. Lezama

ORDER TO EXTEND SELF-SURRENDER
DATE
(*United States v. Lezama,* CR22-122-JCC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**